IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                      CASE NO.: 4:05-CR-048-SPM

**GABRIEL RAMOS,**

      **Defendant.**
_____/

### ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing Hearing" (doc. 50) filed May 16, 2006, in which counsel advises that he has two trials before Judge Hinkle scheduled to commence on May 22, 2006, the day the instant hearing is set. The Government does not oppose the granting of the motion.

Finding the request to be reasonable, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion for Continuance (doc. 50) is hereby *granted*.

2.     Sentencing is reset for **Monday, June 26, 2006** at *1:30pm* at

the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>sixteenth</u> day of May, 2006.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge